IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LARRY FRIEDRICH,

        Appellant,

v.

        Case No.  5D22-1305
        LT Case No. 2019-CF-039708-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed June 20, 2023

Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Michael C. Minardi, of Michael
Minardi, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


JAY, SOUD and MACIVER, JJ., concur.